FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 APR -9  AM 8: 42

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
APRIL 6, 2004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUCHELL CINQUE MAGEE | MISCELLANEOUS ACTION |
| VERSUS | NUMBER: 04-0925 |
| ORRIN HATCH, ET AL. | SECTION: "A"(5) |

Once again before the Court is the complaint of perennial pro se litigator, Ruchell Cinque Magee, against defendants, Senator Orrin Hatch, former President William Clinton, and the Honorable A.J. McNamara. For the fourth time, Magee is attempting to sue the named defendants for their respective rolls in proposing and signing into law the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") and in dismissing a 28 U.S.C. §2254 habeas application Magee had filed here some years ago, Magee v. Ayers, 99-CV-220 "D"(6). In the interest of judicial economy and so as to conserve scarce judicial resources, a discussion of Magee's previous filings will be pretermitted here. Suffice it to say that Magee's application to proceed in forma pauperis is denied for the

DATE OF ENTRY
APR 1 4 2004

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X  Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No.\_\_\_\_

following reason: 1) he failed to submit a certified copy of his prison inmate account as required by 28 U.S.C. §1915(a)(2) just as he did in Magee v. Hatch, et al., 00-MC-3315 "T"(3) and Magee v. Hatch, et al., 00-MC-1723 "K"(4) and 2) he has three previous "strikes" in this Court alone under 28 U.S.C. §1915(g) as was noted in the orders denying him pauper status in Magee v. Hatch, et al., 99-MC-3615 "F"(4), Magee v. Moore, 99-MC-991 "T"(5), Magee v. Calogero, et al., 98-MC-2756 "T"(2), Magee v. Crain, et al., 98-MC-1432 "F"(2), Magee v. Crain, et al. 97-MC-1333 "I"(5), and Magee v. Fonseca, et al., 96-CV-3700 "E"(3).

*Alma L. Chasez*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE