IN THE

U.S. DISTRICT COURT FOR

EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED APR 2 6 2004
LORETTA G. WHYTE
Clerk

Ruchell Cinque Magee,

    Plaintiff,

vs-

Orrin (Catch 22) Hatch, et al.,

    Defendants

Misc.
~~Civil~~ 04-0925
A(5)

## MOTION FOR LEAVE TO PROCEED IN Forma Pauperis

The plaintiff ask leave to file demand for order vacating judgment without prepayment of costs and to proceed in forma pauperis.

Affidavit in support of this motion is attached hereto.

Dated: April 20, 2004

                                  /s/ Ruchell Cinque Magee
                                  RCUELL CINQUE MAGEE

___ Fee ___
___ Process ___
_X_ Dktd ___
_X_ CtRmDep ___
Doc. No. ___

## AFFIDAVIT OR DECLARATION
### IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, RUchell Cinque Magee, am the petitioner in the above-entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

I further swear that the responses I have made to the questions and instructions below relating to my ability to pay the cost of proceeding in this Court are true.

1. Are you presently employed? Yes ___ No ✗
   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.
   
   N/A

   b. If the answer is no, state the date of your last employment and the amount of salary or wages per month which you received.   1963

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other sources? Yes ___ No ✗

   a. If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

3. Do you own any cash or have a checking or savings account? Yes ___ No ✗

   a. If the answer is yes, state the total value of the items owned.
   
   N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing) Yes ___ No ✗

   a. If the answer is yes, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support and state your relationship to those persons.   N/A

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: Apr. 20, 2004.

*Ruchell Cinque Magee*
(Signature)

U.S. DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Ruchell Cinque Magee<br><br>Vs<br><br>Orrin (Hatch)<br>ᛝᛝᛝᛝᛝᛝᛝᛝᛝᛝᛝᛝᛝᛝᛝᛝᛝᛝᛝᛝ | NUMBER  04- 0925<br><br><br>PROOF OF SERVICE BY MAIL |

I hereby certify that on <u>April 20,</u> 2004, I served a copy of the attached <u>DEMAND AN ORDER VACATING RACIST JOKE STYLED JUDGMENT</u> by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Corcoran, California :

Orrin Hatch, Senator
642 Hart Senate Office
Washington, DC  20510-7250

Newt Gingrich, Rep.
U.S. House of Congress
Washington, DC  20515

Solicitor General
U.S. Dept. Of Justice
Washington, DC

U.S. Attorney General
U.S. Dept. Of Justice
Washington, DC

Bill Clinton, President
Whitehouse
Washington, DC

Judge McNamra
U.S. District Court
Eastern District

Copy To:

Citizens Against
WAR FOR OIL
Chapel Hill, NC

National Legal Professional Association
11331 Grooms Road, Suite 1000
Cincinnati, Ohio  45242

I declare under penalty of perjury the foregoing is true and correct.

*[signature]*
RUCHELL CINQUE MAGEE

Ruchell Cinque Magee
3C02-127 - L çA92051
Box 3471, CSP-Cor.
Corcoran, CA 93212

U.S. DISTRICT COURT FOR
EASTERN DISTRICT OF CALIFORNIA

Ruchell Cinque Magee,

    Plaintiff

vs-

Orrin (Catch-22) Hatch;
et al.,

    Defendants

Number Civ-04-0925

Section A-5

Alma Chase, Judge

DEMAND AN ORDER VACATING JUDGMENT

Plaintiff base his application on the grounds as follows:

on April 14, 2004, the court denied request to proceed in forma pauperis without hearing.

The order consist of fraudulently reading of previous dismissals made without ever ruling on the merits.

Defendants have never denied the claims, because they are true.

To cover their criminal (racist) tracks, the defendants rely on **RUBBER STAMP ORDERS** by corrupted

1

judges McNamara and Chase's, stating:

> " For the fouth time, Magee is attempting to sue the named defendants for their respective rols in proposing and signing into law the Anti terrorism Effective death penalty act of 1996 (AEDPA) and in dismissing a 28 U.S.C. ßññ%$ HABEAS APPLICATION Magee had filed here some years ago, Magee v. Ayers, 99 Cv-220 D(6), In the interest of judicial economy and so as to conserve scarce judicial resources, a discussion of Magee's previous filing will be premitted here. Suffice it to say that Magee's application to proceed in forma pauperis is denied for the following reasons: 1) he failed to submit a certified copy of his prison inmate account as required by 28 U.S.C. ß 1915 (a) (2) just as he did in Magee v. Hatch et al., 00-MC 3315 T(3) and Magee v. Hatch, et al., 00-MC-1723 K (4) and 2) he has three previous strikes in this court-alone under 28 U.S.C. ß1915 (g) as was noted in the order orders denying him pauperis status ...."

Not one word was mention of the vicious and cowardic HATE CRIMES YEARS OCCURING BY ORGANIZED CRIME POSING AS GOVERNMENT OFFICIALS, VIOLATING PEOPLES Constitutional and civil rights.    False charges resulting into more *than* half century of illegal imprisonment by white trash in need of killing and ~~burning~~     You racists can run, lie as you are known to do in crime against peoples.  You cannot hide forever ▬▬▬▬▬▬▬▬▬

2

The order shows how corrupted judges lie, coverup racist hate crimes and write in fraud citing Anti-terrorism act as having racist last word upon violating peoples Civil rights.

Clearly, you judge Chanse are a lie about Magee failure to submit a certified copy of his prison inmate account. Here, prison mail record shows Feb 2, 2004, Feb 10, 2004 and March 17, 2004 and April 2, 2004 plaintiff mailed to courts his trust accounts. One of those certified trust account's included plaintiff's application for hearing with the U.S. District Court, Eastern District of Louisiana (Exhibit-1, attached hereto.)

Anti-terrorism Act is used to promote war in theft of Oil in Arab country, while getting AMericans and Arab families killed in name of enforcing anti-terrorism act(war on terrorists. The real terrorists are the white racists using public office influence to steal peoples property and livelihood. My family worked 41 years paying for property which property became the plaintiff's under title deeds. The property valued more than $ 250,000.00 1973 in Washington Parish.

Defendants have no credibility to refute the claims because the claims are true and supported by evidence offerred by the complaint.

The District Court's rejecting a hearing on plaintiff's prison account conflict with circuit Courts

decisions. Faile v. UPjohn Co., 988 F. 2d. 989 (9th Cir. 1993) cited by James Vs- Madison Street Jail, et al NO. 95-16381 ( 9th Cir. JUly 1997) 97 Daily Journal D.A.R. 9497.

Plaintiff **legally** sue defendants for enacting unconstitutional law. Plaintiff do sue defendants to obtain their votes on legislation, as judge Chase so out of line suggested in its order herein. What judge Chase suggests do not apply to the suit at bar. Masses of citizens has suerd congress for enacting Unconstitutional law and has substantive chance in **prevailing, as in Re** Stone 986 F. 2d 898; Augustus 771 F Supp. 1458; U.S. V. Wake 948 F. 2d 1422 .

Plaintiff demand order vacating judgment.
Let legal process issue as required by law in this matter.
I certified the foregoing is true and correct.

Dated: April 20, 2004

                                        RUCHELL CINQUE MAGEE

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8 72)
85 34769

Ruchell Cinque Magee
3002-127-L eA02051
Box 3471, CSP-Cor.
Corcoran, CA  93212


U.S. DISTRICT COURT FOR THE

EASTERN DISTRIC OF LOUISIANA

Ruchell Cinque Magee                     Felicient  19983
    PLaintiff,
                                         PLAINTIFF'S TRUST ACCOUNT
vs-
                                         STATEMENT

Orris Hatch, et., al.,

    Defendants

--------------------------------

    TO:  RESPECTABLE CLERK c/o Judge Presiding

NOW INTO COURT, Ruchell Cinque Magee, plaintiff and moves the court for hearing on his prison trust account based on the grounds:

1) On March 15, 2004, plaintiff received from this court Application to file with officials trust account at prison.

2) On March 15, 2004, plaintiff submitted the form to the within prison trust account Sta. to mail to the court with postage and envelope addressed to this court.

1

*Exhibit 1*

3)  Sometimes it take prison officials two weeks or a month to mail trust account statement to the court.

4)  The court has jurisdiction to order a Hearing. ( Faile v. Upjohn Co., 988 F. 2d 938 (8th Cir. 1993) cited by Jones v. Madison Street Jail, et al., No. 96-16234 (9th Cir. July 1997) ( Daily Journal D.A.R 9497.

For the above-mentioned reasons, the court should accept as true the plaintiff's trust account statement, or order a hearing as required by law on the trust account issues.

I certify under penalty of perjury the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 16, 2004

Submitted By:

*Ruchell Cinque Magee*
RUCHELL CINQUE MAGEE

2