Ruchell Cinque Magee
3C02-127 -LçA92051
Box 3471, CSP-COR.
Corcoran, CA 93212

Original-

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED MAY 1 7 2004

LORETTA G. WHYTE
Clerk

U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Ruchell Cinque Magee,

    PLaintiff,

Vs-

Orrin (Catch 22)Hatch,

Sex-Pervert Bill Clinton

et., al.,

    Defendants

-----------------------------)

CIVIL 04-0925

SECTION A (5)

Alma L. CHASE
judge

NOTICE OF APPEAL

NOTICE IS HEREBY given that the plaintiff Ruchell Cinque Magee, appeal from Order denying RECONSIDERATION April 29, 2004.

CAUSE FOR APPEAL IS ATTACHED.

Dated: May11, 2004

RUCHELL CINQUE MAGEE

Fee Not Pd.
Process
X Dktd
X CtRmDep
Doc. No: 4

U.S. DISTRICT COURT

EASTERN DISTRICT LOUISIANA

Ruchell Cinque Magee,                    CV  04  0925

    Plaintiff

vs                                       CAUSE  FOR  APPEAL

Orrin (Catch-22) Hatch,

el al.,

    Defendants

    Plaintiff's complaint stated a cause of action upon which relief may be graned.

    The Court's dismissal without hearing is mob dominated and/or racial discrimination in need of U.S. Department of Justice investigation.

    My complaint is against the same racist outfit covered up the murdering of Emmett Till ( November 1955) and used the corrupted judges (state & Federal) to cover their criminal track all these years.  There is no limitation on exposing hate-crimes where racists has made themselves up a phony law referred as the Anti-terrorism act.

    Complaint exposes white-racists using the courts in theft of liberty and property.  You all used fraud, lies and deception upon committing the crimes complained and used racist as congress and president to make up racist document as defense where racists has nothing to refute the facts

1

1  supported by witnesses and records.

2  The District Court abused its discretion denying

3  complaint, stating:

4  " Magee' application to proceed in foma pauperis
     is denied for the following reason: 1) he failed
5    to submit a certified copy of his prison inmate
     account as required by 28 U.S.C., 1915(a),
6    (2) just as he did in Magee v. Hatch, et al.,
     00 - MC- 3315 "T".../ "
7

8  Appeal will show the plaintiff filed written

9  request for a hearing on prison trust account because within

10 prison officials abuses the court process by failure/refusal

11 to certify prison trust account's because they have corrupted

12 judges who fails/refuses to allow hearing on that issue

13 just as the District court did upon dismissing complaint

14 without reviewing all the record.

15   Defendants Clinton, Hatch, Mcnamara and others

16 created a document mob dominated referred as the Anti-

17 Terrorism Act used to deny the plaintiff access to courts

18 in the case of jury acquittal concealed by haters who has

19 committed theft of liberty and property for decades.

20   Defendants must be held accountable for their own

21 action violating plaintiff's rights.

22   Racists practicing slavery by use of the courts

23 rely on the racist document (Anti-Terrorism Act to coverup

24 hate-crimes.  If klans cannot stop U.S. Justice Department

25 from investigating into the Emmett Till murder/coverup by

26 claiming Anti-terrorism Act, it will work in this case.

27 I certify under penalty of perjury the foregoing is true & correct.

28 Dated: May 11, 2004                *Ruchell Cinque Magee*
                                     RUCHELL CINQUE MAGEE

2

```
Ruchell Cinque Magee        )    NO. CV-04-0925
                            )
                            )
                            )
         vs                 )
                            )    PROOF    OF    SERVICE
Orrin (Catch-22) Hatch      )
                            )
   et  al                   )
                            )
```

On May 11,       2004, I served a true and correct copy of the __Notice of Appeal; Cause for Appeal__ in a postage paid envelope addressed to the person herein after listed, by depositing said in the U.S. Mail, To:

Bill Clinton,
White house
Washington, DC

A. J. McNamara, judge
U.S. District Court
Eastern District
New Orleans, La 70130

Orrin (catch%22) Hatch
642 Hart Senate Office Bldg.
Washington, D.C. 20510-7250

U.S. Attorney
U.S. Dept. Of Justice
Washington, DC

Solicitor General
U.S. Dept. Of Justice
Washington, D.C

I declare under penalty of perjury the foregoing is true and correct.

Dated:    May 11,    2004

_____
Ruchell CInque Magee