Ruchell Cinque Magee
3C02-127 · L #A92051
BOX 3471, CSP-COR.
CORCORAN, CA 93212

Original —

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED MAY 17 2004

LORETTA G. WHYTE
Clerk

U.S. DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

RUCHELL CINQUE MAGEE,

  PLAINTIFF

VS -

ORRIN (CATCH -22) HATCH,

ET AL

  DEFENDANTS

CV 04 0925 A(5)

REQUEST RECORDS ON APPEAL

  U.S. FIFTH CIRCUIT COURT OF APPEALS, WILL REVIEW THE RECORDS AS FOLLOWS:

  1) ORIGINAL PLEADING,

  2) ORDER DISMISSING,

  3) MOTION FOR RECONSIDERATION

  4) ORDER DENYING RECONSIDERATION.

  5) ALL APPEAL DOCUMENTS.

  I CERTIFY UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: MAY 12, 2004

        RUCHELL CINQUE MAGEE

___Fee
___Process
_X_Dktd
_X_CtRmDep
Doc. No. 5

U.S. EASTERN DISTRICT COURT OF LOUISIANA

RUCHELL CINQUE MAGEE  
   -VS-  
ORRIN (Catch-22) Hatch

NO.  CV 04 0925

PROOF OF SERVICE BY MAIL

On May 12. 2004, I served a true and correct copy of the attached REQUEST RECORDS ON APPEAL in a postage paide envelope addressed to the person hereinafter listed, by depositing said in the U.S. Mail, To:

Orrin (Catch-22) Hatch  
642 Hart Senate Office Bldge  
Washington, DC  20510

Solicitor General  
U.S. Dept. Of Justice  
Washington. DC

Bill Clinton  
WhiteHouse  
Washington, DC

A.J. McNamara, judge  
U.S. District Court  
Eastern District  
New Orleans, LA 70130

U.S. Attorney General  
U.S. Dept. Of Justice  
Washington. DC  20001

I declare under penalty of perjury the foregoing is true and correct.

*Ruchell Cinque Magee*  
RUCHELL CINQUE Magee

COPY

Ruchell Cinque Magee
3C02-127 - L #A92051
BOX 3471, CSP-COR.
CORCORAN, CA 93212

U.S. DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

RUCHELL CINQUE MAGEE,

    PLAINTIFF          CV 04 0925

VS-

ORRIN (CATCH-22) HATCH,          REQUEST RECORDS ON APPEAL

ET AL

    DEFENDANTS

U.S. FIFTH CIRCUIT COURT OF APPEALS, WILL REVIEW THE RECORDS AS FOLLOWS:

    1) ORIGINAL PLEADING,

    2) ORDER DISMISSING,

    3) MOTION FOR RECONSIDERATION

    4) ORDER DENYING RECONSIDERATION.

    5) ALL APPEAL DOCUMENTS.

I CERTIFY UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: MAY 12, 2004                    *Ruchell Cinque Magee*

                                                    RUCHELL CINQUE MAGEE